UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>JULIUS HUMPHREY, SR.,<br><br>        Plaintiff. | No. C-12-3635 EMC (pr)<br><br>**ORDER OF DISMISSAL** |

This action was opened on July 11, 2012, when the Court received from Julius Humphrey, Sr., a letter to Judge Henderson that concerned prison conditions at San Quentin State Prison. On that date, the Court notified Mr. Humphrey in writing that his action was deficient in that he had not attached a complaint and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a complaint within thirty days. Mr. Humphrey then sent to the Court a letter asking that the action be dismissed, as he had intended only to write a personal letter to the judge and did not want to commence or pay for a new action. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: August 1, 2012

                                            EDWARD M. CHEN<br>
                                            United States District Judge